UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS MORALES,

    Plaintiff,

v.                                           Case No.:  2:24-cv-411-JLB-KCD

PRIME HEALTHCARE
SERVICES-LEHIGH ACRES, LLC,

    Defendant.
_____/

## ORDER

Before the Court is a Joint Stipulation to Stay Action and Proceed to Final and Binding Arbitration. (Doc. 12.) The parties agree that this employment case should go to arbitration.

Accordingly, the Joint Stipulation to Stay Action and Proceed to Final and Binding Arbitration (Doc. 12) is **GRANTED**. The parties are directed to arbitrate this case promptly—in accordance with their agreement. **The clerk is directed to add a stay flag to the docket and administratively close the case**. This case will remain **STAYED** until the parties advise the court that (1) arbitration has been completed and (2) the stay should be lifted, or the case should be dismissed. The parties must notify the court of such matters **within seven (7) days** of the arbitration concluding. The parties are otherwise directed to file a joint report on the status of arbitration **on**

2

**November 13, 2024**, and **every ninety (90) days after** until arbitration concludes.

**ORDERED** in Fort Myers, Florida on August 16, 2024.

_____
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record